FILED 05 JUN '19 12:52USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

Kenneth A. Fox

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S. Government

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:19-cv-00874-HZ

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth A. Fox |
| Street Address | 6000 NE 80th Ave |
| City and County | Portland Multnomah |
| State and Zip Code | Oregon 97218 |
| Telephone Number | 971-284-3809 |
| E-mail Address | KAFMRF1 @ GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Government/Eliezer Ben-Shmuel |
| Job or Title *(if known)* | Supervisory Attorney |
| Street Address | 535 N. Alameda ST |
| City and County | Los Angeles |
| State and Zip Code | California 90012 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. Government / Dennis Wong |
| Job or Title *(if known)* | Western Regional Counsel |
| Street Address | 7338 Shoreline DR. |
| City and County | Stockton, CA |
| State and Zip Code | CA 95219 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Tort Claims Act (FtcA) 28 U.S.C.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Kenneth A. Fox, is a citizen of the State of *(name)* Oregon.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________, is a citizen of the State of *(name)* ______________. Or is a citizen of *(foreign nation)* ______________.

b. If the defendant is a corporation

The defendant, *(name)* U.S. GOVERNMENT, is incorporated under the laws of the State of *(name)* ____, and has its principal place of business in the State of *(name)* ____. Or is incorporated under the laws of *(foreign nation)* ____, and has its principal place of business in *(name)* ____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

BECAUSE OF MEDICAL EXPENSES, LOSS OF EMPLOYMENT, LOSS OF QUALITY OF LIFE, LOSS OF LIFE EXPENTANCY.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON 9-4-18 I FILED A STANDARD FORM 95, CLAIM OF INJURY, FOR $5 MILLION AND IT HAS BEEN 9 MONTHS AND NO RESPONSE. O 6-21-17 A CORRECTIONS OFFICER AT LOMPOC FCI SHOT ME IN THE FACE WITH A PEPPER BALL GUN. HIS RECKLESS, INTENTIONAL ACTION (CONT)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I BELEIVE I AM ENTITLED TO $5 MILLION AS I CANNOT WORK AROUND HEAVY MACHINERY AGAIN, I CANNOT DRIVE UNTIL I AM SEIZURE FREE FOR 5 YEARS, I HAVE TO TAKE SEIZURE MEDS & MIGRAINE MEDS FOR THE REST OF MY LIFE. THE NEUROLOGIST EXPECTS I HAVE TAKEN 15 YEARS OFF MY LIFE BECAUSE OF THE LACK OF MEDICAL CARE.

III (cont.)

Caused me to be knocked unconscious. I struck me head on the way down and since then I have suffered migraines and seizures. I also had glass in my right eye and I wasn't able to see an ~~opt~~ eye doctor for 2 weeks, when he removed the glass. I have lost about 60% vision in my right eye. They didn't get me to a neurologist for 14 months, by then ~~scar~~ scar tissue & lesions had formed on my brain. Both the corrections officer and the medical doctor were both ~~of~~ acting within the scope of their official duties and they both acted in a negligent and wrongful manner. Because of their reckless actions I now have seizures, migraines and loss of vision. The Tort claim (Form 95) I filed was # TRT-WXR-2018-07056 and the Western Regional Counsel, Dennis M. Wong, received it on 9-4-18 and Mr. Eliezer Ben-Shmuel has been investigating it. To this date, 6-2-18, I have yet to receive a response.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-2-18

Signature of Plaintiff: Kenneth A. Fox

Printed Name of Plaintiff: KENNETH A. FOX

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________